## Case No. 17,218.

### WASHBURN & M. MANUF'G CO. v. HAWKEYE STEEL-BAR FENCE CO.

[Cited in Washburn & Moen Manuf'g Co. v. Cincinnati Barb Wire Fence Co., 42 Fed. 678. Nowhere reported; opinion not now accessible.]